IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>TOBIAS J. HICKMAN,<br><br>Defendant | NO. 5: 09-PO-06-11 (CWH)<br><br>**VIOLATION: Disorderly Conduct**<br>(Violation No. 1388018) |

### O R D E R

With the consent of the government, Violation No. 1388018 charging defendant TOBIAS J. HICKMAN with the petty offense of Disorderly Conduct is hereby DISMISSED, said defendant having successfully entered a plea of guilty to Violation No. 1388017 charging him with Improper Parking on federal property.

SO ORDERED AND DIRECTED, this 16th day of JUNE, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE