IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>TOBIAS J. HICKMAN,<br><br>Defendant | **NO. 5: 09-PO-06-11 (CWH)**<br><br>**VIOLATION:** Improper Parking on Federal Property<br>(Violation No. 1388017) |

# **O R D E R**

IT APPEARING that defendant TOBIAS J. HICKMAN has paid the fine heretofore imposed upon him by the undersigned on June 16, 2009, and that the need for probation supervision is no longer necessary,

Probation is hereby terminated, this proceeding is DISMISSED, and the defendant is discharged.

SO ORDERED AND DIRECTED, this 24th day of JUNE, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

